During my attempts to investigate this case, based upon the resources that are available within the Ludlow Police Department, I found that there were several issues that arose that prevented or obstructed my ability to investigate further.

It appears that because this matter involves an object, the origin of which is interplanetary in nature, I am unable to locate any reference to this item within Mass general law and therefore I am unable to determine one's ability to legally possess this item, transfer said item, storage, disposal, etc. I believe that this determination would be made by some Federal authority.

Also, there is no formal documentation, or appraisal, certifying the missing object as a meteorite from mars or any other planet, which may bring into question the actual value of this item.

Furthermore, as the purchase of this item took place out of state and the delivery of the same crosses several jurisdictional boundaries, my ability to acquire information is limited as it exceeds my authority.

Based upon the above, I am unable to assist the complainant in this matter and suggest that he seek assistance through Federal authorities.

PLAINTIFF'S EXHIBIT A

Sergeant Tom Foye
June 10, 2008



*"GREEN WOMEN SEX SLAVES" WAS THE <u>ONLY</u> LEGAL QUOTE I COULD (SPOKE TO CAPTAIN KIRK - WE HAVE TO STOP THE SLAVE

ED STATES SUPREME C

ED No 14-1560

G. MA. F.D.C. 14-CV-30001-MAP

THOMAS P. BUDNICK
PLAINTIFF-APPELLANT

VS.

LUDLOW (MA.) POLICE DEPARTMENT,
WESTWOOD (MA.) POLICE DEPARTMENT,
WEST HARWICH (MA.) POLICE DEPARTMENT,
WEST ROXBERRY (MA.) POLICE DEPARTMENT,
DEFENDANT'S APPELLEES

**RULE 20**

EMERGENCY REQUEST TO PREVENT ANOTHER 1918 PANDEMIC

50 MILLION FIGHTING MEN WHERE KILLED IN THEIR PRIME BY THE

BIRD FLUE OF 1,978. <u>EXHIBIT A+B</u>

TRAIN LOAD OF YOUNG AMERICAN SOLDIER'S ROTATED IN BETWEEN, FORT DIX, N.J., CAMP DRUM, N.Y., FORT DEVENS, MA., THEIR WAS NO ROOM

TO BURY THEM.
MY ONLY SISTER,
MS. BARBARA BUONIC
MCEACHERN, 36
STRASSER AVENUE,
WEST WOOD, MA
HAS MY METERIORITES
THE POWER FUL AND
RESTIGOOS HERTIGE
UCTION GALLERY OF

HOOSTON, TEXAS SA[...]
THEY ARE FROM
DISTANT GALLERY'S

Wherefore, the 5
(w SPRINGFIELD M.D.P.)
Police Departments, on
the first page, should
investigate with
great power!

Signed under the pains
& penalties of perjury this
2nd day of February, in the
year of our lord 2016 Thomas P

PLAINTIFF'S EXHIBIT B

On Friday August 22, 2014, *Mr. Thomas Budnick* completed a rambling written statement alleging that his collection of meteorites has been stolen. Mr. Budnick did not state where they had been stolen from and but when asked, he stated that he is now homeless. He also mentions in his statement; 8,000 requests for money and nine marriage proposals that he still believes are in his mother's former home #19 Harding Ave. He stated to me that the Town of Ludlow will soon take over the home for non-payment of property taxes. He left the station after receiving copies of his stolen property and written statement forms. He also wished me a happy Labor Day. Mr. Budnick is well-known to many town departments and he is suspected of being afflicted with mental health ailments.

Sergeant Daniel Valadas

January 26, 2,016
387 Riverdale Road,
West Springfield, Ma.
01089

Dear Executive Officer for City Of West Springfield, (in hand service, to save postage)

As per Ma. Gen. Law's 258 § 4, and 42 U.S.C. 1983, this is my Notice of pending lawsuits against BOTH the West Springfield Police, and Fire Departments!!!

## BACKGROUND OF CASE

1. Last year I visited Mayor Sullivan and complainted about the very poor police work and fire department investiging. Nick Camerota (52 Eckington Street, Springfield, Ma.) offered me a teaching position at S.T.C.C. if I would perform "Arson For Hire" at the Springfield Inn on Riverdale Road. My only sister, (Ms. Barbara Rudnick-McEachern) stole my rare meteorite collection, and "mint" 2,005 Ford "Mustage". Ms. McEachern lives at 36 Strasser Avenue, Westwood, Ma. Stephen and Tonya McCabe (387 Riverdale Road, West Springfield, Ma.) stole nine thousand dollar's from me in an effort to recover above mentioned car.

2. As I was leaveing the office (last year I admired the flower's and plants in Major Sullivan's Secretary's Office. On hearsay, (I'll use rule 45-a IF she denies) she said, "come back anytime and cut a few samples to root."

## JURISDICTION

3. Unknown, please see exhibit's mmarked ___A & B___. On hearsay, Hampden Superior Court Judge MaryLou Rup came down very, very, very, hard on Ludlow Police Lt. Thomas Foye for what he said about me. Lt. Foye pleaded guilty to stealing drugs from the Evidence Room at the Ludlow Police Station, even though I walked in twice to the dirty dark brown room on the right, (the D.A. was notefied twice of this in ariting).

(1.)

THE COMMONWEALTH OF MASSACHUSETTS
ADMINISTRATIVE OFFICE OF THE TRIAL COURT
Two Center Plaza
Boston, Massachusetts 02108

April 1, 2009

**VIA FEDERAL EXPRESS**
Mr. Thomas P. Budnick
19 Harding Avenue
Ludlow, MA 01056

RE: *Thomas P. Budnick v. Palmer District Court* **+ LUDLOW**
    Docket No. SJC-10322

Dear Mr. Budnick: **POLICE DEPARTMENT**

Enclosed are copies of documents that I filed in the Supreme Judicial Court today. As you will see, one of my reasons for filing an amended memorandum was to correct my inadvertent misstatement that the Palmer District Court previously issued a restraining order temporarily prohibiting your access to the court. As I explain in footnote 4 on page 6 of my memorandum, that statement was based upon inaccurate information that I received from a member of the court staff. I regret this error and I wanted to write to let you know that the error was made in good faith. I did not intend to misstate a fact or to malign you in any way. My amended memorandum corrects this misstatement.

Thank you for your consideration.

Very truly yours,

Daniel P. Sullivan

Enclosures

SUPPLEMENTAL NARRATIVE FOR DETECTIVE SGT THOMAS F FOYE

Ref: 08-107-OF



During my attempts to investigate this case, based upon the resources that are available within the Ludlow Police Department, I found that there were several issues that arose that prevented or obstructed my ability to investigate further.

It appears that because this matter involves an object, the origin of which is interplanetary in nature, I am unable to locate any reference to this item within Mass general law and therefore I am unable to determine one's ability to legally possess this item, transfer said item, storage, disposal, etc. I believe that this determination would be made by some Federal authority.

Also, there is no formal documentation, or appraisal, certifying the missing object as a meteorite from mars or any other planet, which may bring into question the actual value of this item.

Furthermore, as the purchase of this item took place out of state and the delivery of the same crosses several jurisdictional boundaries, my ability to acquire information is limited as it exceeds my authority.

Based upon the above, I am unable to assist the complainant in this matter and suggest that he seek assistance through Federal authorities.

Sergeant Tom Foye
June 10, 2008



PLAINTIFF'S EXHIBIT B

On Friday August 22, 2014, *Mr. Thomas Budnick* completed a rambling written statement alleging that his collection of meteorites has been stolen. Mr. Budnick did not state where they had been stolen from and but when asked, he stated that he is now homeless. He also mentions in his statement; 8,000 requests for money and nine marriage proposals that he still believes are in his mother's former home #19 Harding Ave. He stated to me that the Town of Ludlow will soon take over the home for non-payment of property taxes. He left the station after receiving copies of his stolen property and written statement forms. He also wished me a happy Labor Day. Mr. Budnick is well-known to many town departments and he is suspected of being afflicted with mental health ailments.

Sergeant Daniel Valadas

4. Massacusetts Rights Violated, Declaration Of The Rights Of The Inhabitants Of The Commonwealth Of Massachsetts,- Article 1, Equality of People, Article 11-- Remedy by Recourse to the Laws; Article 14 Freedom from Unreasonable Searches and Seizures, Article 24,-Ex Post Facto Laws, Federal Constitution Rights Violated- First Amendment-petition of grievances, IV Amendment-Searches and Seizures, VI Amendment-procedural rights, Amendment IX -enumerated rights, "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

### FACTS-NO PROBSTE CAUSE

5. Budnick is known as the "Flower Boy"! For fifty (50) years every time he does a transaction he bring's in fresh flower's to; Bank Of America(Ludlow), Ludlow Tax Department, Chicopee Savings Bank(Ludlow & West Springfield,)Palmer Probation, Miss Finn Springfield Federal Court,etc,. On Monday, January 11, 2,016 he went to Jolies Hair Academy in Ludlow. As he has done for fifity (50) years he brought vine's and honey (to add plant life). To re-plish his supplies, he went to the major Secretary's office. The plaintiff cut two (2) vines and put them in water. This was on Tuesday, January 12th at noon. The next thing that happened he is surrounded by 8/9/10/11 high ranking West Springfield Police Officer's! Their was a lot of yelling your the "Space Nut" the plaintiff was hand-cuffed and taken downstairs!! They laughted at him, as well as at Noble Hospital and Providence Hospital.

6. The powerful and prestigoud Hertige Auction Gallery in Houston, Texas GUARANTEED Budnick meteorites came from distant Outer Space. They by passed the planets Mercury and Venus. Fifty (50) million fighting men where killed by the bird flue of 1,918. Outer Space germ's caused box car loaded trains rotating inbetween Fort Dix,N.J.,Camp Drum,N.Y., AND Fort Devens,Ma.. To prevent another pandemic the plaintiff demands 121 million dollars. Budnick was finally released on Wednesday, January 20th,2,016 after serving eight(8) days.

cc. everybody in W.Spg City Hall.    2.    *Thomas P. Budnick* Thomas P. Budnick 799-8461

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

NO. 14-1560
SPG.MA. F.D.C. 14-cv-30001-MAP

### THOMAS P. BUDNICK

Plaintiff-Appellant

v.

JOHN DOE, LUDLOW POLICE OFFICER, individually and in the scope of his authority; MARY DOE, LUDLOW POLICE OFFICER, individually and in the scope of her authority; JOHN DOE, Harwich Police Officer, individually and in the scope of his authority, MARY DOE, Harwich Police Officer Mary Doe, Harwich Police Officer, individually and in the scope of her authority; LUDLOW POLICE DEPARTMENT, TOWN OF LUDLOW, JAMES J. MCGOWEN, Ludlow Police Chief, individually and in the scope of his authority; William Koss Ludlow Police Officer, individually and in the scope of his authority; KIM Ingalls, Ludlow Police Officer, individually and in the scope of his authority, ALBERT BELLORINI, LUDLOW POLICE OFFICER, individually and in the scope of his authority; HARWICH POLICE DEPARTMENT, TOWN OF HARWICH, A municipal government; WESTWOOD POLICE DEPARTMENT, TOWN OF WESTWOOD, a municipal government, Stephen Sambor, Ludlow Police Officer, individually and in the scope of his authority; PABLO P. MADERS, Ludlow Police Chief, individually and in the scope of his authority, Ludlow Police Department.

Defendants--Appellees

Barbara Budnick-McEachern,            CHARLES MENARD

Defendants

### BRIEF FOR THE PLAINTIFF-- APPELLANT

DATED: August 20, 2,014

BY THE PRO-SE
Plaintiff-Appellant

*Thomas P. Budnick*

Thomas P. Budnick
413/2762-502
7? homeless??
387 Riverdale Road,
West Springfield, Ma. 01089